## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

PENNSYLVANIA LAWYERS FUND FOR
CLIENT SECURITY,

         Respondent

         v.

TERRY SILVA,

         Petitioner

: No. 369 MAL 2018
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

        **AND NOW**, this 26th day of November, 2018, the Petition for Allowance of Appeal is **DENIED**.